PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Kenneth Jackson     Cr.: 18-00413-001
    PACTS #: 3190203

Name of Sentencing Judicial Officer:    THE HONORABLE KATHARINE S. HAYDEN
                                      SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/15/2019

Original Offense:    Count One: Possession of a Firearm by a Convicted Felon, 18 U.S.C. 922(g)(1)

Original Sentence: 60 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Drug Treatment, Substance Abuse Testing, Location Monitoring Program

Type of Supervision: Supervised Release            Date Supervision Commenced: 10/12/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.**<br><br>On November 9, 2022, Mr. Jackson was drug tested during an unannounced home visit. He was positive for Marijuana and Methamphetamines (MDMA). |

U.S. Probation Officer Action:

Mr. Jackson was verbally reprimanded for using illicit drugs. When questioned about his drug use, he admitted to using Marijuana and Ecstasy pills. He apologized and stated that he used because of stress and anxiety related to not working. Mr. Jackson was provided with a referral to the New Jersey Re-entry Services Program for assistance with trade school and/or job placement. Mr. Jackson is currently attending outpatient treatment services at C-Line Community Outreach Services, a substance abuse program located near his residence.

The Probation Office has scheduled an in-person meeting with Mr. Jackson and his counselor for Thursday November 17, 2022, to discuss his drug use, and treatment plan. At this time, we are not recommending any court action to be taken. We will continue to monitor his compliance and notify Your Honor if there is any additional noncompliance. It should be noted that this is Mr. Jackson's second opportunity on Supervised Release having previously violated his original term for illicit drug use.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Afonso A. Fernandes*

By: AFONSO A. FERNANDES
Senior U.S. Probation Officer

/ aaf

APPROVED:

*Kevin M. Villa*   *11/16/22*

KEVIN M. VILLA                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

11/16/22
_____
Date