PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

| | |
|---|---|
| Name of Individual Under Supervision: Kenneth Jackson | Cr.: 18-00413-001 |
| | PACTS #: 3190203 |

Name of Sentencing Judicial Officer:    THE HONORABLE KATHARINE S. HAYDEN
                                         SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/15/2019

Original Offense:    Count One: Possession of a Firearm by a Convicted Felon, 18 U.S.C. § 922(g)(1)

Original Sentence: 60 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Drug Treatment, Substance Abuse Testing, Location Monitoring Program

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: 10/12/2022 |

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.**

On November 26, 2022, Mr. Jackson was drug tested at his drug and alcohol treatment program and was positive for Marijuana.

U.S. Probation Officer Action:

Mr. Jackson was verbally reprimanded for using illicit drugs again. When questioned about his drug use, he admitted to being at a party with his wife and eating an edible marijuana brownie. He added that he made the wrong choice in attending the party and is remorseful for his actions.

On December 8, 2022, this Officer conducted a virtual meeting with Mr. Jackson, his counselor, and the clinical director at his treatment program. As a result of Mr. Jackson's drug use, he was issued a behavioral contract. If Mr. Jackson tests positive again, he will likely be referred to an inpatient treatment program.

Prob 12A – page 2<br>Kenneth Jackson

Mr. Jackson was encouraged to continue to attend treatment and be more involved (attend NA/AA meetings and obtain a sponsor). He was also instructed to attend the NJ Re-entry Services Program to assist him with obtaining employment. At this time, we are not recommending any court action to be taken.

We will continue to monitor his compliance and notify Your Honor if there is any additional noncompliance. It should be noted that this is his second term of Supervised Release and his second violation while released back on supervision.

> Respectfully submitted,
>
> SUSAN M. SMALLEY, Chief
> U.S. Probation Officer
>
> *Afonso A. Fernandes*
>
> By:  AFONSO A. FERNANDES
>       Senior U.S. Probation Officer

/ aaf

APPROVED:

*Kevin M. Villa*        *12/9/22*

_____
KEVIN M. VILLA                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

> s/Katharine S. Hayden
> _____
> Signature of Judicial Officer
>
> 12-9-2022
> _____
> Date