PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Kenneth Jackson

Cr.: 18-00413-001
PACTS #: 3190203

Name of Sentencing Judicial Officer:   THE HONORABLE KATHARINE S. HAYDEN
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/15/2019

Original Offense:   Count One: Possession of a Firearm by a Convicted Felon, 18 U.S.C. 922 (g)(1)

Original Sentence: 60 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Drug Treatment, Substance Abuse Testing, Location Monitoring Program, Alcohol Treatment, Alcohol Restrictions

Type of Supervision: Supervised Release          Date Supervision Commenced: 10/12/2022

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.**<br><br>On February 14, 2023, Mr. Jackson was drug tested during an office visit and was positive for Marijuana and Alcohol. |

U.S. Probation Officer Action:

Mr. Jackson was verbally reprimanded for using illicit drugs again. When questioned, he admitted to using Marijuana and Alcohol to cope with a recent death in his family. Prior to his positive drug test, he was attending treatment and all recent drug tests were negative. He expressed remorse for his actions.

Mr. Jackson continues to attend outpatient treatment services at C-Line Community Outreach Services. On February 14, 2023, this Officer had a telephone phone conference with Mr. Jackson's counselor on to discuss his drug use and treatment plan recommendations.

Prob 12A – page 2
Kenneth Jackson

Per his counselor's recommendation, Mr. Jackson was encouraged to continue outpatient treatment at an increased number of individual and group sessions. At this time, we are not recommending an inpatient program and/or any court action to be taken.

We will continue to monitor his compliance and notify Your Honor if there is any additional noncompliance. It should be noted that this is his second term of Supervised Release and his third violation while released back on supervision.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Afonso A. Fernandes*

By:   AFONSO A. FERNANDES
Senior U.S. Probation Officer

/ aaf

APPROVED:

*Kevin M. Villa*        2/22/23

_____
KEVIN M. VILLA              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

2/22/2023
_____
Date